UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND, and WESTERN WASHINGTON OPERATING ENGINEERS EMPLOYERS TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN VETERANS CONSTRUCTION, CONSULTING, & SUPPLY, LLC, a Washington limited liability company, <br><br> Defendant. | NO.  C23-460RSL <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte.  The above entitled case was filed on March 27, 2023.  The parties filed a Status Report on June 6, 2023.  No documents have been filed since June 6, 2023.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1).  Plaintiff shall

ORDER TO SHOW CAUSE -1

1  file a responsive brief no later than April 4, 2024.  The Clerk of Court is directed to place this
2  Order to Show Cause on the Court's calendar for Friday, April 5, 2024.

4         DATED this 8th day of March, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

28 ORDER TO SHOW CAUSE -2