UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS-EMPLOYERS CONSTRUCTION INDUSTRY RETIREMENT FUND, and WESTERN WASHINGTON OPERATING ENGINEERS-EMPLOYERS TRAINING TRUST FUND,<br><br>        Plaintiffs,<br>    v.<br><br>AMERICAN VETERANS CONSTRUCTION, CONSULTING, & SUPPLY, LLC, a Washington limited liability company,<br><br>        Defendant. | Case No. 2:23-cv-00460-RSL<br><br>ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on the "Trust Funds' Motion for Entry of Default Judgment." Dkt. # 15. The Court has reviewed the motion and supporting papers, as well as the pleadings, files, and court records in this matter. Being fully advised, the Court finds as follows:

1. Defendant American Veterans Construction, Consulting, & Supply, LLC was properly served with a summons and the Complaint in this matter;

2. Defendant American Veterans Construction, Consulting, & Supply, LLC has failed appear, answer, or otherwise defend itself against the claims asserted in the

Complaint, despite proper service of the summons and Complaint and entered an order of default;

3. Plaintiffs are entitled to entry of a default judgment against Defendant American Veterans Construction, Consulting, & Supply, LLC for the following amounts:

   a. $419.76 in delinquent fringe benefit contributions;

   b. $83.80 in liquidated damages as allowed under 29 U.S.C. §1332(g)(2)(C)(ii) for the period July 1, 2021 through December 31, 2021;

   c. $101.88 in accrued prejudgment interest at the rates specified in the applicable trust agreements as allowed under 29 U.S.C §1332(g)(2);

   d. $2,657.75 in audit fees.

4. Plaintiffs are awarded $7,230.00 in reasonable attorney fees as allowed under the written terms of the applicable trust agreements and as allowed under 29 U.S.C. §1332(g)(2)(D);

5. Plaintiffs are awarded $963.50 in costs;

6. Post-judgment interest shall bear interest at the 12% rate specified in the applicable trust agreements, as allowed under 29 U.S.C. §1332(g)(2); and

7. The Clerk of Court is directed to enter judgment consistent with this order and close the case.

Dated this 15th day of April, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF DEFAULT JUDGMENT – 2